

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 14, 2019

**BY ECF**
The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
┌─────────────────────────────┐
│ USDC SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #: _____       │
│ DATE FILED: 11-15-19         │
└─────────────────────────────┘
```

> Re:   ***United States v. Nikoloz Jikia***
>        **17 Cr. 350 (LAP)**
>        **18 Civ. 5754 (LAP)**

Dear Judge Preska:

        The Government writes, upon consent of defense counsel, to request an adjournment of the November 20, 2019, conference currently scheduled in the above-captioned matters. The defendant and the Government are continuing to discuss potential pre-trial resolution of this case, including the possibility of the defendant re-pleading to new or previously dismissed counts. In order to facilitate, and possibly conclude, those discussions, the parties request an adjournment until December 5, 2019, at 1:00 p.m. In the event that the parties expect that a change of plea will occur at that time, the Government will inform the Court in advance and provide all relevant documents.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: */s/ Andrew C. Adams*
        Andrew C. Adams
        Assistant United States Attorney
        Southern District of New York
        (212) 637-2340
        Andrew.Adams@usdoj.gov

*So ordered.*

*Loretta A. Preska*

11 / 15 / 2019